

|  | THE CITY OF NEW YORK | |
|---|---|---|
| **MICHAEL A. CARDOZO** | **LAW DEPARTMENT** | **PORSHA JOHNSON** |
| *Corporation Counsel* | 100 CHURCH STREET | Assistant Corporation Counsel |
| | NEW YORK, NY 10007 | Phone: (212) 788-0424 |
| | | Fax: (212) 788-9776 |
| | | pojohnso@law.nyc.gov |

July 31, 2012

**BY ECF**
Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>Monique Williams et al. v. City of New York, et al.</u>
      12 CV 241 (CBA)(RER)

Your Honor:

   I am an Assistant Corporation Counsel who has been assigned to represent defendants in the above-referenced action. The parties in this action have reached a settlement agreement. To that end, upon receipt of the fully executed original Stipulation and Order of Settlement and Dismissal, the undersigned will forward same to the Court for Your Honor's signature and filing.

   Also, as this matter has been resolved, please consider this request to adjourn the status conference, currently scheduled for August 7, 2012, without a date.

   Thank you for your consideration.

                Respectfully submitted,

                /s/
                Porsha Johnson
                Assistant Corporation Counsel

cc: Wale Mosaku, P.C.
   *Attorney for Plaintiff*